# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Michael Brian Cummings,<br>_Defendant_ | ) <br> ) <br> ) Case No. 22-5108MJ<br> ) <br> ) <br> ) <br> ) |

## CRIMINAL COMPLAINT

I, Miranda Garcia, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On or about February 26, 2021, at or near Phoenix, Arizona, in the District of Arizona, MICHAEL BRIAN CUMMINGS did knowingly and intentionally possess with the intent to distribute N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 2

On or about April 7, 2021, at or near Phoenix, Arizona, in the District of Arizona, MICHAEL BRIAN CUMMINGS did knowingly and intentionally possess with the intent to distribute N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

See attached Statement of Probable Cause incorporated herein by reference.

AUTHORIZED BY: AUSA RYAN MCCARTHY

MIRANDA GARCIA
Special Agent, USPIS
Name of Complainant

Miranda Garcia
Digitally signed by Miranda Garcia
Date: 2022.03.10 16:39:27 -07'00'
Signature of Complainant

Subscribed electronically and sworn telephonically

March 10, 2022 at 5:21pm at    Phoenix, Arizona
Date                            City and State

HONORABLE DEBORAH M. FINE
United States Magistrate Judge                    *[signature]*
Name & Title of Judicial Officer    Signature of Judicial Officer

## STATEMENT OF PROBABLE CAUSE

I, Miranda Garcia, being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND BACKGROUND OF AFFIANT

1. I am a United States Postal Inspector and have been so employed since January 2006. I have completed a twelve-week basic training course in Potomac, Maryland, which included training in the investigation of narcotics trafficking via the United States Mail. I am currently assigned to the Phoenix Division Prohibited Mailings Narcotics Team (PMNT) in Arizona, which is responsible for investigating narcotic violations involving the United States Mails. Part of my training as a Postal Inspector included narcotic investigative techniques and the training in the identification and detection of controlled substances being transported in the U.S. Mail.

2. I have assisted on numerous narcotics investigations of individuals for violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance), and 846 (Conspiracy to Possess with Intent to Distribute a Controlled Substance). The facts and information contained in this affidavit are based on my training and experience, or that of other Postal Inspectors and law enforcement officers involved in this investigation as described below.

3. In preparing this Affidavit, I conferred with other law enforcement officers, who share the opinions and conclusions stated herein. I have personal knowledge of the following facts or have learned them from other law enforcement officers. I also relied on my training, experience, and background in law enforcement to evaluate this information.

1

4. I submit there is probable cause to believe that Michael Brian Cummings ("CUMMINGS") did knowingly and intentionally possess with intent to distribute fentanyl on February 26, 2021, and April 7, 2021 in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## I. FACTS SUPPORTING PROBABLE CAUSE

### A. Background of Investigation

5. Starting in November 2020, law enforcement agents began to investigate a dark web vendor believed to be selling illegal opioid pills through the darknet. Specifically, on November 20, 2020, an undercover agent ("UC") purchased 10 oxycodone pills from the darknet marketplace, "Dark Market," from a vendor identified as "PillPlugPaul." The UC instructed the vendor, PillPlugPaul, to send the pills to a PO Box in Virginia that the UC monitors/controls.

6. On November 30, 2020, law enforcement officers received a package containing 10 pills with the marking "M" on one side and "30" on the other side. The pills subsequently tested positive for fentanyl. Based upon my review of Postal Service databases, this package was sent from the Osborn Post Office on November 23, 2020.

7. At this time, I was already aware of a suspicious mailing of packages from the Osborn Post Office on that date. Indeed, I was separately alerted that on November 23, 2020, a single individual had mailed seven (7) packages from the Osborn Post Office, all of which bore the indicia of drug trafficking. I was unaware at the time, but subsequently realized, that the package going to the UC PO Box in Virginia was among these seven packages.

8. I obtained a search warrant for one of these seven packages (the rest, including the package destined for the UC PO Box in Virginia, were returned to the mail stream). Upon executing the warrant, I discovered that the packaged contained 10 blue pills with "M" stamped on one side and "30" on the other. These pills subsequently were lab tested as positive for fentanyl.

**B. Parcel Seizures**

9. Approximately three months later, on February 15, 2021, law enforcement officers in Virginia conducted a second UC purchase of oxycodone pills from PillPlugPaul. The UC purchaser again instructed the vendor to send the pills to another PO Box in Virginia that the UC monitors/controls.

10. On February 26, 2021, law enforcement officers in Virginia received a package (the "February Package") containing 10 pills with the marking "M" on one side and "30" on the other side. These pills were subsequently lab-tested positive for fentanyl.

11. According to the package's tracking information, I learned the package was mailed from the Laveen Post Office. I obtained the surveillance camera footage from the Laveen Post Office from the date and time of when the February Package was mailed and compared that with the footage from the Osborn Post Office on the day the first UC package was mailed. Upon a review, it appeared two different individuals mailed each of the packages that were sent on behalf of PillPlugPaul to the UC purchaser in Virginia.

12. To identify the individual who mailed the February Package, I continued to review the surveillance camera footage from the exterior of the Laveen Post Office on the date and time of when the package was mailed. In doing so, I observed the individual

who mailed the packages got into a black Ford SUV and then drove away from the Laveen Post Office. Though unknown at the time, I subsequently positively identified this individual as Michael CUMMINGS.

13. Approximately two months later, on April 7, 2021, I was notified of another group of seven parcels that were mailed from the Phoenix Processing & Distribution Center (Phoenix P&DC), which bore the indicia of drug trafficking. These packages were pulled from the mail stream for further inspection. I obtained a federal search warrant to search one of the parcels ("April Package") and found it contained several blue pills stamped "M" on one side and "30" on the other. One of the pills subsequently lab tested as positive for fentanyl.

14. To identify the sender of these packages, I discovered via video surveillance that the sender appeared to be CUMMINGS, the same individual who mailed the February Package. And through video surveillance from the outside of the Phoenix P&DC, I observed CUMMINGS' vehicle enter the parking lot just prior to when the mailing of the seven parcels occurred. The black Ford Edge was the same vehicle used in the mailing of the February Package.

15. This time, however, I was able to observe the license plate of the black Ford SUV, and observed it bore the license plate number CTV8880 and found CUMMINGS was the registered owner of the black Ford Edge.

16. Upon reviewing CUMMINGS' Arizona Driver's License photograph, I observed he was the same individual who mailed the February Package and the April Package. I also discovered that the return address for the parcel I seized in April was an

address CUMMINGS used to receive mail and is also where investigators have observed the black Ford Edge on multiple occasions.

17. To confirm CUMMINGS's pattern of conduct, a USPIS analyst was able to identify several other related mailings between October 2020 and April 2021, which bear similar characteristics to the parcels CUMMINGS mailed in February and April.

18. The analyst identified an additional twenty-one parcels, mailed on four different dates, in which CUMMINGS and/or the black Ford Edge were identified on surveillance video:

   a. 12/16/2020, Maryvale Post Office, 9 parcels mailed, black Ford Edge captured on video leaving parking lot shortly after transaction ends
   b. 12/19/2020, Maryvale Post Office, 6 parcels mailed, black Ford Edge captured on video leaving parking lot shortly after transaction ends
   c. 1/22/2021, Maryvale Post Office, 4 parcels mailed, CUMMINGS captured on video mailing parcels and black Ford Edge captured on video leaving parking lot shortly after transaction ends
   d. 2/1/2021, Maryvale Post Office, 2 parcels mailed, CUMMINGS captured on video mailing parcels and black Ford Edge captured on video leaving parking lot shortly after transaction ends

19. On May 14, 2021, The Honorable Michelle Burns approved a vehicle tracking device warrant for the black Ford Edge. On June 9, 2021, law enforcement removed the tracking device because the black Ford Edge had been totaled in a vehicle crash just days prior. At that time, CUMMINGS was taken into custody on other charges by Phoenix Police Department and remained in custody until on or about August 31,

2021. When CUMMINGS was taken into custody, PillPlugPaul, was not available on the dark web markets he was previously on.

20. When law enforcement learned CUMMINGS was on surveillance video conducting the mailings in Tempe, they also learned "PillPlugPaul" was back on the dark web market. In September 2021, Postal Inspectors were notified several suspicious parcels were mailed from the Tempe Apache Post Office. After a physical examination of the parcels, I selected three parcels and obtained three separate federal search warrants. All three parcels contained blue M30 pills. A review of video surveillance from the post office revealed CUMMINGS appeared to be the mailer of the parcels. Postal clerks advised the mailer told them he was living across the street from the post office. When law enforcement learned CUMMINGS was on surveillance video conducting the mailings in Tempe, they also learned PillPlugPaul was back on the dark web market.

21. Law enforcement identified CUMMINGS is currently residing at an apartment on McDowell Road ("target residence").

22. On February 11, 2022, law enforcement conducted surveillance at the target residence. At approximately 10:30 AM, I observed CUMMINGS walk down a set of stairs carrying a blue and white USPS envelope under his left armpit (it was later confirmed this is the staircase nearest target residence). A male later identified as CUMMINGS's roommate Elisha Christopher Dobbins ("Dobbins") was with CUMMINGS. Dobbins was previously seen in video with CUMMINGS conducting mailings.

23. Law enforcement observed CUMMINGS and DOBBINS exit the apartment complex and drive directly to Tempe Main Post Office. Law enforcement never lost sight of CUMMINGS's vehicle during this surveillance. At approximately 10:50 AM, law enforcement inside the post office watched Dobbins proceed to mail the parcel. As soon as Dobbins left the post office, law enforcement seized the parcel. Law enforcement observed Dobbins get back into the passenger side of CUMMINGS's vehicle.

24. On this same date, I received a federal search warrant for this parcel. The parcel weighed 2.1 ounces and contained postage in the amount of $26.95. On February 14, 2022, law enforcement executed the search warrant and found the parcel to contain approximately 19.5 grams of blue M30 pills.

25. On March 9, 2022, a law enforcement officer contacted PillPlugPaul on "Wickr" an end-to-end encrypted messaging platform. The officer advised he wanted to make a purchase. PillPlugPaul advised he had product and sent over his price sheet. The agent ultimately did not pay for the order.

**C. Search of Target Residence**

26. On March 10, 2022, law enforcement executed a residential search warrant at target residence. Both CUMMINGS and DOBBINS were present inside the residence and taken into custody without incident.

27. Located in the living room was a table which contained a small scale, black mylar Ziploc bags, a postal label, and a blue pill in a clear Ziploc bag. In addition, there were two cell phones on the table. When the agent who had been communicating with PillPlugPaul through Wickr sent a message to PillPlugPaul through Wickr while standing

in the living room, one of the phones lit up with a notification indicating there was a new message from Wickr. Located just off the kitchen in a trash can agents located several postal receipts for parcels which had been mailed.

28. In CUMMINGS's bedroom, confirmed by indica in the room, agents located several tiny ziploc bags with "black clubs" on them as well as several unused postal mailing labels and envelopes. On the bed were two plastic baggies which appeared to have been ripped/cut open and emptied. Between CUMMINGS's bedroom and the adjoining bathroom, there was a trail of blue M30 pills on the floor leading to the toilet. Agents ultimately located five blue M30 pills of suspected fentanyl. It appeared as though CUMMINGS had flushed pills down the toilet when law enforcement came to his front door. A laptop and several older cell phones were located in CUMMINGS's bedroom and closet.

29. CUMMINGS was interviewed and invoked his right to an attorney.

30. DOBBINS agreed to waive his Miranda rights. Dobbins admitted he mails parcels for CUMMINGS. DOBBINS denied being the vendor or source of the pills and denied packaging the parcels. DOBBINS admitted the parcels come to him packaged and he mails them for a monetary amount. DOBBINS estimated he was paid $3,500 a month by CUMMINGS. DOBBINS admitted CUMMINGS sends him money via Cash App. DOBBINS admitted CUMMINGS sends him Bitcoin, which is then converted via Cash App. DOBBINS admitted to sending money CUMMINGS sent to him, to his Chase Bank account, withdrawing the money, and giving it back to CUMMINGS.

31. Based on the facts and circumstances stated in this Affidavit, I submit there is probable cause to believe that, Michael Brian CUMMINGS, did knowingly and intentionally possess with intent to distribute N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance on February 26, 2021 and April 7, 2021, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

*Miranda Garcia* (Digitally signed by Miranda Garcia, Date: 2022.03.10 17:00:52 -07'00')

MIRANDA GARCIA
U.S. Postal Inspector
U.S. Postal Inspection Service

Subscribed electronically and sworn to telephonically on this __10__ day of March, 2022 at __5:21 pm__.

HONORABLE DEBORAH M. FINE
United States Magistrate Judge

9